# United States District Court
## Southern District of Georgia

Carlos Donta Hamilton

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-343

State of Georgia

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated April 27, 2017, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case without prejudice. This action stands closed.

| April 27, 2017 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk